**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

TAIMING ZHANG,

                Plaintiff-Appellant,

    v.

APPLE, INC.,

                Defendant-Appellee.

No. 23-15740

D.C. No. 3:23-cv-00972-TLT

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Trina L. Thompson, District Judge, Presiding

Submitted May 29, 2024[**]

Before:    FRIEDLAND, BENNETT, and SANCHEZ, Circuit Judges.

Taiming Zhang appeals pro se from the district court's order denying his

request to proceed in forma pauperis ("IFP") in his action alleging various federal

and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

In his opening brief, Zhang failed to address the grounds for denial of his

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

request to proceed IFP and therefore has waived any such challenge. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (explaining that "we will not consider any claims that were not actually argued in appellant's opening brief").

Zhang's motions for reconsideration (Docket Entry Nos. 17 and 18) are denied as moot.

**AFFIRMED.**

23-15740